UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| JAMES EVERETT GOWANS, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Case No. 11-311-JMH-CJS |
| v. ) | |
| ) | |
| COOKIE CREWS, Warden, et al., ) | |
| ) | **MEMORANDUM OPINION & ORDER** |
| Defendants. ) | |

\*\*\*

Petitioner has filed a Motion for Leave to Appeal In Forma Pauperis [DE 25].  The Court has, however, declined to issue a certificate of appealability in this matter, and that decision remains intact [DE 18].  By declining to issue a certificate of appealability and stating its reasons in writing, this Court has certified that an appeal would not be taken in good faith.  Thus, Petitioner is placed in a position where he must seek further authorization to proceed on appeal *in forma pauperis* under Fed. R. App. P. 24(a)(3)(A), notwithstanding his earlier status *in forma pauperis* before any other Court.  As the Court understands Fed. R. App. P. 24(a)(3), (4), and (5), any further request to proceed on appeal *in forma pauperis* is properly addressed to the Sixth Circuit Court of Appeals.

Accordingly, **IT IS ORDERED** that Petitioner's Motion for Leave to Appeal In Forma Pauperis [DE 25] is **DENIED** without

prejudice to a request for such relief in the Sixth Circuit Court of Appeals.

This the 13th day of September, 2012.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge